FRED INGRAHAM, Respondent, *v.* EDMUND C. PHILLIPS et al., Defendants, WAUHOPE LYNN, Respondent, and FRED L. TERRY, as Trustee in Bankruptcy of EDMUND C. PHILLIPS, Appellant.

*Ingraham* v. *Phillips*, 133 App. Div. 901, affirmed.
(Argued March 23, 1911; decided April 7, 1911.)

APPEAL from a judgment entered October 4, 1909, upon an order of the Appellate Division of the Supreme Court in the second judicial department, which affirmed an order of the court at a Trial Term denying a motion for a new trial made after the direction of a verdict in an action of partition.

*Percy L. Housel* and *Robert W. Duvall* for appellant.

*Henry W. Unger* and *James Kearney* for respondent.

Judgment affirmed, with costs, upon the ground that section 57n of the Federal Bankruptcy Act being prohibitory, the creditors of the bankrupt Phillips, who elected the appellant Terry as trustee, were disabled by the lapse of more than one year from the adjudication in bankruptcy from proving their claims before the referee. · (*In re Meyer*, 181 Fed. Rep. 904.) No opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.